Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOGGYPHONE LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOMOFUN, LLC,<br><br>　　　　　Defendant. | Civil Action No. 19-cv-1901BJR<br><br>ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE MARKMAN HEARING |

　　The Court, having considered Plaintiff DoggyPhone LLC's unopposed motion to reschedule Markman hearing, hereby orders the Markman hearing in this case set for June 24, 2022 at 10:30 AM.

　　DATED this 18th day of March, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING UNOPPOSED MOTION TO
RESCHEDULE MARKMAN HEARING
Civil Action No. 19-cv-1901BJR
Doggyphone Order reschedule markman

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301