The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT

8     FOR THE WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE

9

DOGGYPHONE LLC,

10                                              CASE NO. 2:19-cv-1901-BJR

          *Plaintiff*,

11                                              **STIPULATION AND ORDER TO
                                                EXTEND TIME**

     v.

12

13    TOMOFUN, LLC,

                                                **[CLERK'S ACTION REQUIRED]**

          *Defendant*.

14

15

16

17

18          **STIPULATED MOTION TO EXTEND TIME**

19          Subject to the approval of the Court, Plaintiff Doggyphone LLC ("Doggyphone") and

20    Defendant Tomofun, LLC ("Tomofun") by and through their undersigned counsel, stipulate and

21    agree to extend the deadline for the parties to complete depositions of, and obtain documents from,

22    any third parties relating to previously served third-party subpoenas until July 22, 2022, or, if a

23    motion for a protective order, motion to quash, or a motion to compel is timely filed, until 21 days

24

25    after the court issues a ruling on any motion related to a previously-served third-party subpoena;

26

STIPULATION AND ORDER TO EXTEND TIME 1
CASE NO.  2:19-cv-01901-BJR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

WHEREAS, Defendant requires additional time to complete the deposition of third party witness, Eric Hull, one of Plaintiff's experts regarding infringement, relating to a previously served third-party subpoena, which was noticed to occur on July 1, 2022 subject to the witness's and counsel's availability;

WHEREAS, on June 7, 2022, counsel for Doggyphone notified the Court that he will be unavailable to meaningfully participate in matters relating to this litigation from June 27, 2022 through July 11, 2022, *inter alia*, [Dkt. 44], which overlaps with the deadline for close of fact discovery currently set for July 1, 2022 [*see* Dkt. 34];

WHEREAS, extending the deadline to complete the deposition of Eric Hull is not intended to affect any other deadlines set by the Court's January 6, 2022 Scheduling Order [Dkt. 34]. It will not unduly prejudice or present a clear tactical disadvantage to either party, as this motion is stipulated and agreed to by both parties. Accordingly, the parties respectfully request that the Court grant this stipulated motion for a short extension.

DATED this 29th day of June, 2022.

By: /s/ David A. Lowe
David A. Lowe
Lowe Graham Jones PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301
lowe@lowegrahamjones.com

*Attorneys for Plaintiff Doggyphone LLC*

By: /s/Jonathan E. Giroux
Paul D. Swanson, WSBA No. 13,656
Tiffany Scott Connors, WSBA No. 41,740
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
T: 206.223.7000
swansonp@lanepowell.com
connorst@lanepowell.com

Jonathan E. Giroux (Pro Hac Vice)
Erik Bokar (Pro Hac Vice)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
T: 312.456.1009
girouxj@gtlaw.com
bokare@gtlaw.com

STIPULATION AND ORDER TO EXTEND TIME 2
CASE NO.  2:19-cv-01901-BJR

1    *Attorneys for Defendant Tomofun, LLC.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS SO ORDERED.

The deadline to complete the deposition of Eric Hull relating to the previously served third-party subpoena is extended until July 22, 2022, or, if a motion for a protective order, motion to quash, or a motion to compel is timely filed, until 21 days after a court issues a ruling on any motion related to a previously-served third party subpoena.

DATED this 1st day of July, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By: /s/ David A. Lowe
David A. Lowe
Lowe Graham Jones PLLC
lowe@lowegrahamjones.com

*Attorneys for Plaintiff Doggyphone LLC*

By /s/Paul D. Swanson
Paul D. Swanson, WSBA # 13656
swansonp@lanepowell.com

By: /s/Jonathan E. Giroux
Jonathan E. Giroux (Pro Hac Vice)
girouxj@gtlaw.com

*Attorneys for Defendant Tomofun, LLC.*

STIPULATION AND ORDER TO EXTEND TIME 4
CASE NO. 2:19-cv-01901-BJR